August 8, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

IGNAZIO LA CHINA, Appellant

NO. 14-12-00066-CV            V.

THE WOODLANDS OPERATING COMPANY, L.P. D/B/A THE WOODLANDS RESORT & CONFERENCE CENTER, MS TWC, INC., WECCR, INC. D/B/A THE WOODLANDS RESORT & CONFERENCE CENTER, THE WOODLANDS COMMERCIAL PROPERTIES COMPANY, L.P., WECCR GENERAL PARTNERSHIP, MS HOSPITALITY, LP, AND MND HOSPITALITY, INC., Appellees

—————————————————

This cause, an appeal from the judgment in favor of appellees, The Woodlands Operating Company, L.P. d/b/a The Woodlands Resort & Conference Center, MS TWC, Inc.; WECCR, Inc. d/b/a The Woodlands Resort & Conference Center; The Woodlands Commercial Properties Company, L.P.; WECCR General Partnership; MS Hospitality, LP; and MND Hospitality, Inc., signed December 15, 2011, was heard on the transcript of the record. We have inspected the record and find the trial court erred in rendering judgment in favor of appellees The Woodlands Commercial Properties Company, L.P.; WECCR General Partnership; MS Hospitality, L.P.; and MND Hospitality, Inc. We therefore order that the portions of the judgment that dispose of appellees The Woodlands Commercial Properties Company, L.P.; WECCR General Partnership; MS Hospitality, L.P.; and MND Hospitality, Inc. and the claims against them are **REVERSED** and

ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.